# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:18-cv-00180-FDW

| | |
|---|---|
| **ASHTON FLETCHER BRANCH HARRIS,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **ORDER** |
| **CLEVELAND F. RIDDLE, et al.,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel Discovery [Doc. 24] and Defendants' Motion for Extension of Time to File Dispositive Motions [Doc. 29].

On February 7, 2019, Plaintiff submitted a Motion to Compel Discovery from Defendant. [Doc. 24]. In this motion, Plaintiff contends that he submitted discovery requests to Defendant, but that Defendants have not responded. [Id.]. On April 9, 2019, Defendants responded to Plaintiff's motion to compel, asserting that they had since responded to Plaintiff's request. [Doc. 28]. Defendants attached a copy of their response to Plaintiff's discovery request to their response. The discovery response reflects that 687 pages of documents were also produced to Plaintiff. [Id.]. Because Defendants assert that they have now responded to Plaintiff's discovery request, the Court will deny Plaintiff's motion to compel.

Defendants seek a 90-day extension of the dispositive motions deadline. As grounds, Defendants state that the parties have "some potentially unresolved discovery issues outstanding." [Doc. 29]. Counsel for Defendants also cites a "long-planned trip" abroad as grounds for an extension. [Id.]. Although some extension of time is warranted under the circumstances, the Court sees no basis to extend the deadline by 90 days. Rather, the Court will grant the parties a 45-day

extension of time to file dispositive motions.

**IT IS, THEREFORE ORDERED** that:

(1) Plaintiff's Motion to Compel Discovery [Doc. 24] is **DENIED**.

(2) Defendants' Motion to Extend Deadline to File Dispositive Motions is **GRANTED IN PART** in that the parties have an additional 45 days to file dispositive motions in this case. All parties shall have until July 9, 2019 to file dispositive motions in this case.

**IT IS SO ORDERED.**

Signed: May 14, 2019

Frank D. Whitney
Chief United States District Judge